IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

NOV 13 2025

FAHEEM HANEEF JIHAD, et. al.,
a/k/a/ Willie Frank Davis,
Plaintiff,

v.

CASE NO:_______________

HERMAN RODGERS, WARDEN, et. al.,
BRADFORD SMITH, SR. CHAPLIN,
(INDIVIDUAL AND OFFICIAL CAPACITY)
EVERGLADES C.I.,
Respondent(s).

____________________________________/

EXHAUSTION OF ADMINISTRATIVE REMEDIES OFFICIAL EXHIBITS

# APPENDIX

_________________________
Faheem Haneef Jihad a/k/a
Willie Frank Davis # 865355
Everglades Correctional Inst.
1599 S.W. 187 Ave.
Miami, Florida 33194

# INDEX

## TABLE OF CONTENTS


| DOCUMENT(S): | EXHIBIT(S) |
|---|---|
| 1. Formal/Emergency Grievance.................................... Per Rules 33-103.006(3)(a) and 33-103.002(4) FAC Institutional Level (Part A) 3 pages Log # 2506 401 001 /5/3125 | A |
| 2. Part B-Response (Log # 2506-401-001)......................... S. Siegler, AWP (Respondent) 6/6/25 | B |
| 3. Grievance Appeal/Per Rule 33-103.007(1)........................ Secretary, Florida Depart. Of Corrections Log # 25-7-19375 6/10/25 (Part A; 3 pages) | C |
| 4. Part B – Response/Log # 25-6-19375............................. Bureau of Inmate Grievance Appeals S. Milliken (Respondent) 6/20/25 | D |
| 5. Informal Grievance per Rule 33-103.005(4)...................... And Rule 33-103.011 FAC Log # 401-2506-0016 6/7/25 filed (2 pages) A. response: 6/19/25 | E |
| 6. Formal Grievance, per Rule 33-103.006(1)(a) FAC............ Log # 2506-401-029; 6/24/25 filed | F |
| 7. Part B – Response/Log # 2506-401-029.......................... A Martinez, AWP (Respondent) 7/9/25 | F |
| 8. Grievance Appeal/per Rule 33-103.007(1) FAC................ Secretary, Florida Dept. of Corrections Log # 25-6-23347; 7/12/25 filed | G |

# INDEX

TABLE OF CONTENTS


| DOCUMENT(S): | EXHIBIT(S) |
|---|---|
| 9. Part B – Response/Log # 25-6-23347............................. <br>T. Bowden (Respondent) 9/5/25 | G |
| 10. Email Message Sent to:.......................................... <br>Corene Meridith<br>From: Chaplain Augustus Spanos<br>Central Office [FDOC] | H |
| 11. Chaplaincy Service Department.................................. <br>Inter Office Memorandum<br>Respondent: Islamic Eid Al-Adha celebration<br>October 15, 2013 | I |
| 12. Policy Revised Memorandum...................................... <br>State of Florida<br>Department of Corrections<br>From: Patrick Mahoney, Director of Programs<br>& Re-Entry and Hope Gartman, Asst. Deputy Secretary<br>Of Institutions (2 pages) November 13th, 2023. | J |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUN 02 2025

☐ **Third Party Grievance Alleging Sexual Abuse** 2506 401 001

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Last / First / Middle Initial | DC Number | Institution |
|---|---|---|
| DAVIS, WILLIE F. | 865355 | EVERGLADES CORR. #401 |

**Part A – Inmate Grievance**

THIS IS AN (EMERGENCY GRIEVANCE) UNDER THE FOLLOWING PROVISIONS; RULE(S) 33-103.006(3)(a) 1 THRU 3 F.A.C. AND 33-103.002(4) F.A.C. AND HEREBY RESPECTFULLY ALLEGE THE FOLLOWING REASON'S FOR BY-PASSING THE INFORMAL PROCESS: "THAT THE I/M GRIEVANT LEARNT OF THE INCIDENT ON 5/30/25 AND VERBAL (FACE TO FACE) SPOKE TO BOTH SUPERVISING — CHAPLAIN(S) MR. LAM, SR. CHAPLAIN AND MR. SMITH THAT; "BY A SPECIAL COMMITTEE ALL ISLAMIC DONATED HALAL FOODS FOR THE RELIGIOUS HOLY DAY OF EID ADHA [FEAST OF SACRIFICE] WAS BANNED AND DENIED BY WARDEN RODGERS."

THIS EMERGENCY GRIEVANCE ENSUES ACCORDING TO RULE(S) 33-103.002(4) F.A.C. AND RULE 33-103.011(b) 2 F.A.C. STATING: THAT THIS ACTION HAS PROPER JURISDICTION BEFORE SAID ADMINISTRATION DUE TO THE FORTH COMING DATE OF THE ISLAMIC/RELIGIOUS EVENT OF EID ADHA ON 6/7/25, AND TO PREVENT THE DENIAL OF A RELIGIOUS OBLIGATIONS OF A CONSTITUTIONAL MAGNITUDE.

THE UNITED STATES CONGRESS HAS ENACTED, SECTION 3 OF THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT OF 2000 (RLUIPA) WHICH PROVIDES THAT "[N]O GOVERNMENT, AGENCY OR DEPARTMENT SHALL IMPOSE A SUBSTANTIAL BURDEN ON THE RELIGIOUS EXERCISE" OF AN INSTITUTIONALIZED PERSON UNLESS THE GOVERNMENT AGENCY OR DEPARTMENT DEMONSTRATES THAT THE BURDEN "IS THE LEAST RESTRICTIVE MEANS OF FURTHERING [A] COMPELLING — GOVERNMENTAL INTEREST" 42 U.S.C. § 2000cc-1(a).

CONGRESS HAS ESTABLISHED IN THE RELIGIOUS FREEDOM RESTORATION ACT OF 1993 (RFRA) 107 STAT. 1488, 42 U.S.C. § 2000bb et seq. A

5/31/25 EXHIBIT: A — Willie F. Davis #865355
DATE — SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ____ / ____
\# Signature

8/C

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: ____________ (Date) Institutional Mailing Log #: ____________ ____________ (Received By)

DISTRIBUTION: INSTITUTION/FACILITY: INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE. CENTRAL OFFICE: INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

**PART B - RESPONSE**

| DAVIS, WILLIE | 865355 | 2506-401-001 | EVERGLADES C.I. | B1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

It is noted that you filed this as an emergency grievance when it is not. Chapter 33-103.002 (4) states the following: "(4) Emergency Grievance: A grievance of those matters which, if disposed of according to the regular time frames, would subject the inmate to substantial risk of personal injury or cause other serious and irreparable harm to the inmate." Food donations for programs and/or religious observance does not meet this criteria. That being said, the facility has decided to scale back on the amount of food coming into the facility. This decision does not effect any food coming in that is mandated by any existing policy. The food you are referring to is not required to be allowed. It was in fact a luxury.

Based upon the above information, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievances, 501 South Calhoun St. Tallahassee, FL 32399.

S. Siegler, AWP

| | [signature] | 6/6/25 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MAILED

JUN 06 2025

EXHIBIT

B

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUN 17 2025
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

DAVIS, WILLIE F. — 865355 — EVERGLADES CORR.
Last First Middle Initial — DC Number — Institution

25-6-19375

Part A – Inmate Grievance

THIS IS AN APPEAL OF THE INSTITUTIONAL RESPONSE PURSUANT TO RULE 33-103.007(1) F.A.C. ALLEGING HEREIN THAT THE RESPONDENT HAS FAILED TO MEET THE CONSTITUTIONAL BURDEN TO SATISFY THE TWO (2) PRONG TEST OF SECTION 3, "RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSON ACT OF 2000 [RLUIPA] TO SUPPORT THE BANNING AND DENIAL OF A CONSTITUTIONAL GUARANTEED RIGHT OF FREEDOM OF RELIGION AND THE FREE PRACTICE THEREOF UNDER THE FIRST AMENDMENT OF THE FEDERAL AND STATE CONSTITUTIONS.

THE UNITED STATES SUPREME COURT HAS HELD IN THE MATTER OF BURWELL V. HOBBY LOBBY STORES, INC., 573 U.S. ____, ____ (2014) [24 FLA. L. WEEKLY FED. S965a] THAT; "A GOVERNMENT, AGENCY OR DEPARTMENT SHALL NOT SUBSTANTIALLY BURDEN A PERSON'S EXERCISE OF RELIGION EVEN IF THE BURDEN RESULTS FROM A RULE OF GENERAL APPLICABILITY."

THIS I/M APPELLANT INVOKED THE PROVISIONS OF RULE 33-103.002(4) F.A.C. "EMERGENCY GRIEVANCE" PROCEDURAL REQUIREMENT, IN ORDER TO PREVENT AND TO TIMELY RESOLVE THE APPARENT INFRINGEMENT AND CONSTITUTIONAL VIOLATION OF I/M APPELLANT'S [AND SEVENTY (70) INMATE MUSLIMS] FIRST AMENDMENT RIGHT TO FOLLOW AND TO PRACTICE THE SUNNAH OF PROPHET MUHAMMAD (S.A.S.) IN REGARDS TO THE ISLAMIC/RELIGIOUS FEAST OF SACRIFICE AT THE CONCLUSION OF THE HAJJ RITUALS. THE EMERGENCY GRIEVANCE WAS SUBMITTED ON 5/31/25 BY THE APPELLANT. THE EID UL ADHA PRAYER WAS PERFORMED [GLOBALLY] BY ALL MUSLIMS ON 6/6/25 AND ENDED ON 6/8/25. IF THE PRISON ADMINISTRATORS WOULD HAVE RATIONALLY CONSIDERED

6/10/25 — Willie F. Davis #865355
DATE — SIGNATURE OF GRIEVANT AND D.C. #

EXHIBIT C

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ________
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

25-06-40-001

RECEIVED

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: JUN 11 2025 (Date) — Institutional Mailing Log #: 25D6-09 — K. Wright (Received By) 821

DISTRIBUTION: INSTITUTION/FACILITY — INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

A BALANCING TEST THAT REQUIRES THIS ADMINISTRATION TO MEET IN ORDER TO SUPPORT AND SUSTAIN THE DENIAL AND BANNING OF A RELIGIOUS FUNDAMENTAL RIGHT. THIS PENAL ADMINISTRATION MUST DEMONSTRATE THAT THE BURDEN TO THE MUSLIM COMMUNITY "(1) IS IN THE FURTHERANCE OF A COMPELLING SECURITY AND OR PENOLOGICAL INTEREST; AND (2) IS THE LEAST RESTRICTIVE MEANS OF FURTHERING THAT COMPELLING SECURITY/PENOLOGICAL INTEREST," 42 U.S.C. §§ 2000bb 1(a),(b).

AT EVERGLADES CORR. INST. THERE IS NO ISLAMIC HALAL KITCHEN FOR THE PREPARATION AND SERVING OF FOODS OR ITEMS THAT DO NOT MEET THE SHARI'AH (ISLAMIC LAW REQUIREMENT):

"j17.1; IT IS NOT PERMISSIBLE TO EAT ANY ANIMAL (O: THAT MUSLIMS ARE PERMITTED TO EAT) UNTIL IT HAS BEEN PROPERLY SLAUGHTERED, THE ONLY EXCEPTIONS TO WHICH ARE FISH (def: j16.4) AND LOCUSTS, WHICH ARE PERMISSIBLE TO EAT EVEN WHEN THEY DIE UNSLAUGHTER."

j17.2; IT IS UNLAWFUL TO EAT MEAT SLAUGHTERED BY A ZOROASTRIAN, SOMEONE WHO HAS LEFT ISLAM, OR A IDOL WORSHIPPER.

THE SUNNAH (PRACTICE) OF PROPHET MUHAMMAD (s.a.s) REQUIRES ALL BELIEVING MUSLIMS TO ADHERE TO HIS PRACTICE AND SAYINGS AS A METHOD OF WORSHIP:

AL-HADIS (MISHKAT-UL-MASABIH) Vol. #3; pg. 468; pg. 469

#722. ANAS REPORTED: THAT THE MESSENGER OF ALLAH DID NOT GO TO THE IDUL-FITR TILL HE ATE SOME DATES AND ATE ODD OF THEM.

—BUKHARI

#729. BORAIDAH REPORTED: THAT THE PROPHET USED NOT TO COME OUT

ON THE DAY OF SACRIFICE TILL HE PRAYED.-

TIRMIZI, IBN MAJAH, DARMI.

SUNNAH ACTS TO EAT, FEAST & CELEBRATE FOR THREE (3) DAYS OF EIDUL 'ADHA (FEAST OF SACRIFICE):

AL-HADIS/MISHKAT-UL-MASABIH; vol. 3; pg. 616; pg. 618:

# 122. JABER REPORTED: WE USED NOT TO EAT THE MEAT OF OUR SACRIFICED CAMEL BEYOND OF ALLAH GAVE US PERMISSION (TO DO SO) AND SAID: EAT AND PRESERVE. SO WE ATE AND PRESERVE (BEYOND) 3 DAYS.- AGREED.

# 127 NUBAISHAH REPORTED THAT THE APOSTLE OF ALLAH (SAS) SAID: "WE PROHIBITED YOU FROM EATING THEIR MEAT FOR MORE THAN THREE DAYS THAT IT MIGHT HAVE ABUNDANCE (FOR CHARITY); BUT ALLAH HAS GIVEN YOU SUFFICIENT. SO EAT, STORE UP AND SEEK REWARD. BEHOLD! THESE DAYS ARE CERTAINLY THE DAYS OF EATING, DRINKING AND REMEMBERING ALLAH.

UNDER THE AUTHORITY OF THE CURRENT WARDEN RODGERS SUCH - OPPRESSIVE PREDICAMENTS UPON THE MUSLIM COMMUNITY IS A NORMALITY..."AS IT HAD OCCURRED AT OKEECHOBEE CORR. INST. THAT PARTICULAR OBSTACLE WAS RESOLVED BY STATE CHAPLAIN, MR. J. FRANKO. TODAY, THERE EXIST'S INSTRUCTIVE MEMORANDUMS ISSUED FROM THE OFFICES OF PATRICK MAHONEY, RICHARD COMERFORD, (JANUARY 19, 2021) AND HOPE GARTMAN (NOVEMBER 13, 2023) TO GUIDE ALL WARDENS & REGIONAL DIRECTORS OF INSTITUTIONS AS TO THE APPROVED PROCEDURES FOR "FOOD DONATIONS - REVISED. HOWEVER, IN A CLANDESTINE MEETING WARDEN RODGERS AND ADMINISTRATORS MOVED TO VACATE PRIOR APPROVED DONATIONS FOR HALAL (OUTSIDE) MEALS WITHOUT RECOGNIZING THE ABOVE MEMO'S. AND NO WRITTEN REASON. RESPECTFULLY SUBMITTED,

MAILED/FILED
WITH AGENCY CLERK
JUN 25 2025
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| DAVIS, WILLIE | 865355 | 25-6-19375 | EVERGLADES C.I. | B1103L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

The attached formal grievance 2506-401-001 should have been returned without action as no appropriately filed informal grievance was attached as it was deemed a non-emergency.

Your request for administrative appeal is being returned without action.

S. Milliken

| | S. Milliken | 6/20/25 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

EXHIBIT
D

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

401 2506-0016

Mail Number: B1B-103 L
Team Number: 12
Institution: 401

TO: (Check One)
☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☒ Other CHAPLAINCY DEPT. ALEX LAM, SR. CHAPLAIN

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | DAVIS, WILLIE F. | 865355 | B1B-103 L | EDUCATION | 6/7/25 |

**REQUEST** "THIS IS AN INFORMAL GRIEVANCE"

THIS IS AN INFORMAL GRIEVANCE PURSUANT TO RULE 33-103.005 (4) REQUIRING A TIMELY RESPONSE UNDER RULE 33-103.011 F.A.C. THIS I/M GRIEVANT ALLEGES THAT THIS CHAPLAINCY STAFF HAS BEEN DERELICT IN REGARDS TO THE SCOPE OF YOUR EMPLOYMENT ACCORDING TO RULES 33-503.001(1)(a) 2 & 4(C) F.A.C. AS THE CENTRAL OFFICE CHAPLAIN MR. AUGUSTUS SPANOS STATED: "THE OBSERVATION OF THE EID WILL INCLUDE A CONGREGATIONAL PRAYER, A SERMON (KHUTBA), AND SOME 'RELIGIOUS FOOD' FROM THE CHOW HALL". [IN PART]. RULE 33-503.001(13)(a) F.A.C. REQUIRES THAT THIS OFFICE FORWARD AN MEMORANDUM TO ARAMARK FOOD SERVICE ALERTING AND REQUESTING THE HALAL EID UL'ADHA MEAL FOR THE MUSLIM INMATES, HOWEVER, NONE OF THIS WAS DONE (AS ACKNOWLEDGED BY THE FOOD DIRECTOR), THEREFORE "NO EID MEAL" WAS PROVIDED AND THIS RESULTED IN

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. Willie F. Davis, #865355

DO NOT WRITE BELOW THIS LINE

**RESPONSE** AC

DATE RECEIVED: RECEIVED JUN 09 2025

A memo was posted and distributed as required. Arrangements were made for the Muslim community to eat lunch together in the Chapel after the Eid al Adha morning prayers, constituting the observance of a religious meal.

When Muslim inmates, COBB, ANTHONY L 194479 and JAMES, WILLIE D 399864 went to the chow hall to pick up the food items they returned to the Chapel with only the cakes that were provided by Aramark, which were consumed and afterward all Muslim inmates departed the Chapel before 10:42 am, prior to the scheduled end of the celebration.

For the reasons stated above, this informal grievance is DENIED..

MAILED
JUN 19 2025

[The following pertains to informal grievances only:
Based on the above information, your grievance is DENIED. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 6-19-25

Distribution: White -Return
Canary -Return

...nding, or if the response is to an ...orward to be placed in inmate's file.

EXHIBIT E

DC6-236 (Revised 8/07)

F.A.C.

EXTENSION OF INFORMAL GRIEVANCE:

THE DIRECT VIOLATION OF THE FIRST AMENDMENT, "THE DENIAL OF FREEDOM OF RELIGION AND THE FREE PRACTICE THEREOF" AS GUARANTEED BY THE FEDERAL AND STATE CONSTITUTIONS.

AS AN INSTITUTIONALIZED PERSON (STATE INMATE) THE BURDEN TO ENSURE THAT THE ABOVE FREEDOMS ARE RATIONALLY MET IS UPON THE [FDOC] AND ALL EMPLOYEES ACTING UNDER STATE LAW.

PURSUANT TO [RLUIPA]* THE LEAST RESTRICTED MEANS TO SATISFY THIS BURDEN WAS CLARIFIED (IN WRITING) BY THE CENTRAL OFFICE CHAPLAIN, BUT NOT ACTUALIZED/EFFECTUATED BY THIS FACILITY ADMINISTRATION.

IT IS APPARENT FROM THE DERELICT ACTIONS EXHIBITED AT THIS FACILITY TODAY THAT "THE TOTAL BAN" OF EID UL 'ADHA" WAS IN EFFECT AND THE MUSLIM COMMUNITY WAS PREVENTED FROM OBSERVING ONE OF THE MOST SIGNIFICANT DAYS OF THE MUSLIM/ISLAMIC CALENDAR.

RESPECTFULLY SUBMITTED,

Willie L. Davis

---

* RELIGIOUS LAND USE and INSTITUTIONALIZED PERSONS ACT OF 2000

Chaplain

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JUN 26 2025

☐ **Third Party Grievance Alleging Sexual Abuse** 25D6 401 029

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

DAVIS, WILLIE F. — 865355 — EVERGLADES CORR.

Last First Middle Initial — DC Number — Institution #401

**Part A – Inmate Grievance**

PURSUANT TO RULE 33-103.006 (1)(a) F.A.C. THE ABOVE INMATE SEEKS TO RESPECTFULLY REDRESS LOG# 401-2506-0016 (INFORMAL-GRIEVANCE) WRITTEN RESPONSE. I/M GRIEVANT HAS DILIGENTLY COMPLIED WITH THE PROCEDURAL REQUIREMENTS OF SUBSECT. (2)(h) OF SAID RULE AND THAT THIS ACTION IS TIMELY UNDER RULE 33-103.011(b)1. F.A.C. THE RESPONDENT ALLEGE'S THAT I/M COBB, ANTHONY #194479 AND I/M JAMES, WILLIE D. #399864 WENT TO THE CHOW HALL (ON 6/7/25) TO PICK UP FOOD ITEMS, THEY RETURNED TO CHAPEL WITH ONLY THE CAKES THAT WERE PROVIDED BY ARAMARK. HOWEVER, THE RESPONDENT HAS FAILED TO THOROUGHLY CONVEY THE WHOLE TRUTH REGARDING THE MATTER, WHICH IS:

THE ACTUAL FIRST DAY OF EIDUL'ADHA WAS 6/6/25 AND ON THAT PARTICULAR DAY ARAMARK (AT EVERGLADES CORR. INST.) WAS SERVING: ON 6/7/25 THE ABOVE INMATES WERE TOLD TO COME BACK AND PICK UP THE FOLLOWING; "SHEPPARD STEW; MASH POTATOES; BAKED BEANS W/SHREDDED CHEESE & BISCUITS". THE INMATE MUSLIMS THEN INFORMED ARAMARK STAFF THAT THE ABOVE WAS NOT A HALAL/ISLAMIC EIDUL ADHA MEAL AND ARAMARK STAFF TOLD THEM THAT THE BAKED CHICKEN MEAL WOULD BE SERVED ON THE FOLLOWING "MONDAY" ON 6/9/25 (WHICH WOULD BE FOUR (4) WHOLE DAYS FROM THE FIRST (PERMITTED DAY) OF 6/6/25. ACCORDING TO THE SUNNAH OF PROPHET MUHAMMAD (S.A.S) THE DAYS OF CELEBRATING THE EIDUL'ADHA IS ONLY THREE (3) DAYS... "NOT FOUR (4) OR THE FOURTH DAY." THAT IS WHY THE THE MUSLIM INMATES HUMBLY DEPARTED THE CHAPEL BEFORE 10:42 A/M BECAUSE WE WERE DENIED A HALAL/ISLAMIC RELIGIOUS MEAL.

6/24/25 — Willie F. Davis #865355

DATE — SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ____ / ____

\# Signature

EXHIBIT F

This form is used for filing a formal grievance at the i[...] ffice of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is ma[...] ance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: ____________ (Date) Institutional Mailing Log #: ____________ ____________ (Received By)

DISTRIBUTION: INSTITUTION/FACILITY: INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE. CENTRAL OFFICE: INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

**PART B - RESPONSE**

| DAVIS, WILLIE | 865355 | 2506-401-029 | EVERGLADES C.I. | B1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

A review of your formal grievance and your informal grievance indicates that you have a misunderstanding of the directions from central office. Eid ul Adha The day should be reserved for celebration consisting of a religious meal. A religious meal is a regular meal with special religious significance. It is separated from regularly scheduled meals by either allotted time or by arranging a separate place for observance. You were given the opportunity to eat a religious meal together in the chapel on 6-7-25 and elected not to.

Based on the above information, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee, FL 32399. This must be done within fifteen calendar days following receipt of this decision.

A. Martinez, AWP

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| | [signature] | 7/9/2025 |

**MAILED**

JUL 09 2025

EXHIBIT
F

Chaplain

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUL 2 3 2025
Department of Corrections
Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

DAVIS, WILLIE F. — 865355 — EVERGLADES CORR.
Last First Middle Initial — DC Number — Institution #401

**Part A – Inmate Grievance** 25-6-23347

THIS ACTION IS AN APPEAL OF THE INSTITUTIONAL RESPONSE PURSUANT TO RULE 33-103.007 (1) F.A.C. AND HEREBY SATISFIES ALL PROCEDURAL — REQUIREMENTS ACCORDING TO SECTION(S) (2) & (3)(a)(b) OF SAID RULE, AND THUS IS RIPE FOR APPELLATE REVIEW AND EXHAUSTION BEFORE THIS BUREAU OF INMATE GRIEVANCE APPEALS.

RESPECTFULLY, THIS I/M GRIEVANT/APPELLANT HUMBLY ALLEGE THAT THIS ACTION IS THE "GOOD FAITH USE OF AND GOOD FAITH PARTICIPATION IN THE GRIEVANCE PROCESS, UNDER THE SINCERE BELIEF THAT HIS FIRST AMENDMENT CONSTITUTIONAL RIGHTS TO FREEDOM OF RELIGION AND THE FREE PRACTICE OF RELIGIOUS RITUALS HAS BEEN INFRINGED UPON AND BANNED BY STATE OF FLORIDA EMPLOYEES ACTING UNDER THE COLOR OF STATE AUTHORITY IN THE DEPT. OF CORRECTIONS.

FROM THE INITIAL OF THIS GRIEVANCE PROCESS YOUR I/M APPELLANT HAS ALLEGED THAT THE BAN OF HALAL FOOD STANDARDS FOR ISLAMIC DIETARY LAWS WAS IMPOSED BY THE WARDEN(S) OF EVERGLADES CORR. INST. IN [FDOC] FAILURE TO MEET THE LEGAL REQUIREMENTS OF [RLUIPA] "SECTION 3 OF THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT OF 2000" AS RULED UPON IN THE MATTER OF HOLT V. HOBBS, 574 U.S. 352 (2015) BY THE UNITED STATES SUPREME COURT. THIS ADMINISTRATION HAS FAILED TO SHOW RATIONAL AND LOGICAL REASONS TO BAN THE ENTRY OF "ISLAMIC HALAL DIETARY FOODS" FOR THE EID AL ADHA CELEBRATION BY NOT MEETING THE "LEAST RESTRICTIVE TEST" TO SATISFY THEIR PENOLOGICAL OBJECTIVES. THIS I/M APPELLANT IS A PROFOUND LEARNT ADHERANT OF THE ISLAMIC/MUSLIM FAITH AND A EDUCATED STUDENT AND DID NOT MISCONSTRUED CENTRAL OFFICE DIRECTIONS.

7/12/25 — Willie F. Davis #865355
DATE — SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOL[...] EXHIBIT G ____ / ____ # Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED 2504-401-029

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: JUL 1 6 2025 (Date) Institutional Mailing Log #: 2507-06 K. Wingate (Received By)

8/C

DISTRIBUTION: INSTITUTION/FACILITY — INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13) Incorporated by Reference in Rule 33-103.006, F.A.C.

EXTENSION OF GRIEVANCE/APPEAL:

THE ACTUAL TIME (DATES) FOR THE EID UL'ADHA CELEBRATION AND THE REGULAR TIME FRAMES PURSUANT TO RULE 33-103.011 F.A.C. FOR RESPONDING TO INMATE GRIEVANCES THEN THE EMERGENCY GRIEVANCE RULE UNDER 33-103.002 (4) F.A.C. WOULD'VE BEEN SUSTAINED.

INSTEAD, THE RESPONDENT MISCONSTRUED THE APPLICATION OF THE "EMERGENCY RULE" IN HIS ATTEMPT TO EVADE THE APPARENT CONSTITUTIONAL DEPRIVATION OF APPELLANT'S MERITORIOUS CLAIMS, AND DENIED THE ACTION.

IT IS THIS I/M APPELLANT'S CONTENTION, SUB JUDICE, THAT HIS CLAIMS RESTS ON CONSTITUTIONAL MUSTER, PER THE HOLDING IN PROCUNIER V. MARTINEZ, 416 U.S. 396, 413, 94 S.CT. 1800, 40 L.Ed. 2d 224 (1974) AND CAN NOT BE DISMISSED WITHOUT RESPONDENT(S) REACHING THE MERITS ALLEGED HEREIN.

IT SHOULD BE CLARIFIED THAT THIS I/M APPELLANT [AND ALL INMATE MUSLIM SIMILAR-SITUATED] WAS NEVER AFFORD AN RELIGIOUS EID UL'ADHA MEAL BETWEEN THE PERMITTED (THREE DAYS) WHICH WAS FROM JUNE 6th THRU 8th, 2025. "THIS IS IN FACT THE SUNNAH AND PRACTICE OF PROPHET MUHAMMAD (S.A.S)" AND BE COMPELLED TO CONTRIBUTE ANY MEAL OUTSIDE OF THE ABOVE DATES WOULD AMOUNT TO AN INNOVATION.

IT IS THE CONTENTION OF I/M APPELLANT THAT THE BANNING OF THE ISLAMIC/HALAL DONATED FOOD FOR EID UL'ADHA BY THE WARDEN WAS EXCLUSIVELY MANDATED JUST FOR THE INMATE MUSLIM COMMUNITY AT EVERGLADES CORR. INST. THAT A THOROUGH AND FAIR INVESTIGATION BY THE OFFICE OF INSPECTOR GENERAL AND THE GENERAL COUNSEL FOR THE DEPT. OF CORRECTIONS WOULD SHOW THAT ON THE DATES OF JUNE 8th, 2025 AND JUNE 10th, 2025 THAT THE CHRISTIAN'S SEVENTH DAY ADVENTIST CHURCH WAS APPROVED TO BRING "DONATED FOOD" INTO THIS FACILITY AND ON 6/10/25

A FATHER'S DAY CELEBRATION WAS HELD IN THE VISITATION PARK AND "DONATED FOOD" WAS ONCE MORE APPROVED TO ENTER INTO THIS PENAL FACILITY.

WHEREFORE, IT IS THE UNDERSTANDING OF APPELLANT THAT SUCH DISPARITY BETWEEN CLASSES/GROUPS OF INMATES UNDER THE SAME GOVERNMENTAL BODY [FDOC] AMOUNTS TO A VIOLATION OF THE GUARANTEE'S OF THE EQUAL PROTECTION OF LAWS CLAUSE WITHIN THE FOURTEENTH AMENDMENT OF THE CONSTITUTIONS, FEDERAL AND STATE.

## RELIEF SOUGHT

RESPECTFULLY THIS APPELLANT HUMBLY SEEKS FAIRNESS AND EQUALITY WITH ALL EXISTING AND FUTURE PROGRAMS AT EVERGLADES CORRECTIONAL INST.;

TO BE PERMITTED TO OBSERVE BOTH ISLAMIC HOLY DAYS / HOLIDAYS AND TO PRACTICE RELIGIOUS RITUALS TO THE COMPLETION OF OUR FAITH AS EXEMPLIFIED BY PROPHET MUHAMMAD (s.a.s.) AND HIS COMPANIONS (r.a.h.)

TO BE PERMITTED TO HAVE ISLAMIC/MUSLIM CITIZEN VOLUNTEERS TO COORDINATE WITH THE (EXISTING) WARDEN TO BRING IN FOOD ITEMS FOR AN (APPROVED) EVENT.

IT IS SO PRAYED.

RESPECTFULLY SUBMITTED,

6/10/25
DATE:

Willie F. Davis
DAVIS, WILLIE FRANK #865355

SEP 10 2...

**PART B - RESPONSE**

| | | | | |
|---|---|---|---|---|
| **DAVIS, WILLIE** | **865355** | **25-6-23347** | **EVERGLADES C.I.** | **B1101L** |
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to Chaplaincy Services, who provided the following:

According to institutional records, the Islamic population was permitted a proper place and time to gather and to eat together for a religious meal on June 7, 2025. You chose not to participate in that meal after the morning prayer. While you state that 2 Muslim inmates went to the chow hall to pick up Sheppard stew, mash potatoes, baked beans with shredded cheese and biscuits. Aramark has no obligation to provide anything outside the parameters of their menu and contract. Chaplain Smith was responsible for facilitating the space, time and supervision available for a meal to be eaten together as a community. The Food Service Director had agreed to give them 2 sheet cakes for Eid but was under no obligation to do so.

Based on the foregoing, your appeal is denied.

T. Bowden

| | | |
|---|---|---|
| | T. Bowden | 9/5/25 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

EHIBIT
G

**WILLIE DAVIS 865355 401 B1101L ID:2324233125 [P 1/1]**

*You have received a JPay letter, the fastest way to get mail*

From : CORENE MERIDITH, CustomerID: 16059220
To : WILLIE DAVIS, ID: 865355
Date : 6/3/2025 10:54:50 PM EST, Letter ID: 2324233125
Location : 401
Housing : B1101L

10:54 63

eMessaging™

**Sent**

**CORENE MERIDITH** 3:22 PM

To: WILLIE DAVIS

Eid ul Adha

Hi Man
The response I received was from Chaplain Augustus Spanos. It reads:
Ms. Meridith
Thanks for your inquiry. The Islamic community at Everglades Correctional Institution will observe the Eid ul Adha on June 7th. FDC believes the Eid ul Adha, the Muslim Feast of Sacrifice commemorating Abraham's near sacrifice of Ishmael, is one of the most significant days of the Muslim calendar.
The observation of the Eid will include a congregational prayer, a sermon ( Khutba), and some religious food from the chow hall. The day is reserved for celebration and relaxation.

Thank you,
Chaplain Spanos

This is his exact words. God bless you and all the men at Everglades Correctional Institution
Corene

EXHIBIT
H

JPay Tell your friends and family to visit www.jpay.com to write letters and send money!

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**EVERGLADES CORRECTIONAL INSTITUTION**

**Chaplaincy Services Department**
**INTEROFFICE MEMO**

**TO:** Alonzo Perkins, Assistant Warden for Program
**FROM:** Alex Lam, Senior Chaplain
**DATE:** October 1, 2013
**RE:** Islam Eid al-Adha, Oct 15, 2013

Eid al-Adha, the Muslin Feast of Sacrifice commemorating Abraham's near sacrifice of Ismal is one of the most significant days of Muslim calendar. The celebration of Eid al-Adha prayer is on Tuesday, October 15, 2013 at ECI. The day should be reserved for celebration, prayer and a religious meal.

Work Proscription: Muslim inmates will be laid-in for the entire day of Eid Al-Adha in order to participate in the Holy Day activities. They are not required to work this day.

Procedures for the Eid al-Adha:

1. Only inmates are on record with a religious preference as Muslim, Nation of Islam, or Moorish Science are permitted to participate in the Eid al-Adha activities.

2. Only inmates with a custody level that permits participation in group religious activity may participate in the group activities of the Eid al-Adha. Confinement inmates are limited to personal observance.

3. Eid al Adha schedule: **Tuesday, October 15, 2013.**

- Eid Morning Prayer. Security coverage required for this service

  MORNING Prayer service from 9:00 AM to 11:00 AM (two hours) at the Chapel/Library. It is customary, for this special religious occasion, to officially celebrate the Eid prayer with dates, pastries, bread, coffee with condiment, and assorted drinks that meet Muslim HALAL standards for Islamic Dietary Laws. NCIC cleared, Imam Benjamin Akbar of Masjid Al Ansar shall provide the items and lead the Eid prayer service.

- **Evening Service 5:30 PM to 8:00 PM at Chapel.**

  This event includes a meal and appropriate traditional Muslim teaching and practices. Security coverage required for this service.

  ► **Inmates return to Chapel at 5:15 PM.**

  Prepare for evening meal and celebration at Chapel. A religious meal menu provided by Central Office for Eid al-Adha shall be prepared by Food Service for the evening meal, to be delivered to Chapel about 5:30 PM. NCIC cleared, Imam Benjamin Akbar of Masjid Al Ansar shall provide the Muslim HALAL standard items and lead the evening "EID" service.

  At: 5:15 PM Participating Muslim inmates line up before the movement gate to be escorted by Security to Chapel. Report inmate head counts by Security to Food Service for number of religious meals. Service shall be completed by 8:00 pm. Return to Dorm.

Respectfully submitted,

[signature]
Senior Chaplain

Approved By:

[signature]
Assistant warden of Programs

9/27/13
Date

Cc: L. Mayo, Warden
OICs /Control Room
F. Acosta, AWO
D. Jurado, Food S. Dir
J. Lugo-Sanchez, Colonel

EXHIBIT
I

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**MEMO TO:** Regional Directors of Institutions & Wardens

**FROM:** Patrick Mahoney, Director of Programs and Re-Entry &
Hope Gartman, Assistant Deputy Secretary of Institutions

**DATE:** November 13, 2023

**SUBJECT:** Food Donations - Revised

---

To better meet our programmatic goals while maintaining our institutions' security, the Office of Programs and Re-entry, in collaboration with the Office of Institutions, has developed this updated food donations directive. Below are new expectations and guidance related to volunteers and other religious organizations donating food items for consumption during programs and special events.

Prepackaged food and drinks, homemade snacks and food items, and commercially prepared meals are permitted into the institutions by volunteers and religious organizations for special events, programs, worship services (e.g., AA, Celebrate Recovery, WOW, etc.), and other events. While the inmates participating in these events may choose to skip Department provided meals to attend these events, these items are not meant to replace the Department's meals. Additionally, the Department cannot guarantee the donated food's safety or potential inmate allergic reactions.

In addition to the food and drink items described above, Sacramental and Traditional food items will continue to be permitted and used as an integral part of worship services as addressed in rule 33-503.001 and other applicable FDC policies. An example of this would be Christian Communion services, Jewish Shabbat services, and other worship services.

Organizations with existing authorization through a Contract or Memorandum of Agreement (e.g., Kairos, Horizon, God Behind Bars, Children of Inmates, Prison Fellowship, Abe Brown Ministries) will continue to be permitted to bring food and drinks into institutions. These organizations are also authorized to donate other food and drink items as outlined in this memorandum.

Institutional Chaplains should coordinate with their Warden anytime a volunteer group wishes to bring in food items for an event. Additionally, Institutional Chaplains should coordinate with volunteer groups to ensure that enough food will be provided to meet anticipated participation levels and that all food items will be stored/wrapped in plastic food storage containers, disposable aluminum pans, or disposable paper containers. Only plastic, disposable utensils are authorized.

EXHIBIT
J

All food must be packaged in a way to avoid spills to prevent damage to sensitive security equipment. All drinks introduced into an institution will be in their factory-sealed containers. Organizations may choose to bring in prepackaged gallon-sized drink containers in lieu of smaller individual drinks, or the ingredients to produce the beverage onsite.

All food and drink items will be inspected by security staff and subjected to X-ray and metal detection before being introduced into an institution. Absent any immediate security concern, the Warden will escalate any specific concerns to their Regional Director for review and consideration before disallowing any food and drink items. After any program where food and or drinks are provided, the organization must remove all leftover food, drinks, and storage containers from the institution.

Thank you for clearly communicating this change with our institutional staff and our volunteers while maintaining our institutions' security.

Patrick Mahoney
Director of Programs and Re-Entry

Hope Gartman
Assistant Deputy Secretary of Institutions

cc: Ricky Dixon, Secretary
Richard Comerford, Deputy Secretary of Institutions
Tim Fitzgerald, Chief of Staff
Johnny Frambo, Chief of Chaplaincy Services
Christopher Brannon, Director of Institutional Operations
Wes Kirkland, Deputy Director of Institutional Operations
Michael Harrell, Chief of Security Operations

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing "Appendix, Index and Table of Contents" has been furnished via U.S. Postal Service to: The Office of the Clerk of Court for the United States District Court, Southern District of Florida at Federal Courthouse Square, 400 N. Miami Avenue, Miami, Florida 33128-7716 on this 13th day of November, 2025.

Willie F. Davis

Faheem Haneef Jihad a/k/a
Willie Frank Davis # 865355
Everglades Correctional Inst.