**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-25389-GAYLES**

**WILLIE FRANK DAVIS**,

      Plaintiff,

v.

**EVERGLADES CORRECTIONAL**
**INSTITUTION**, ***et al.***,

      Defendants.

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

      **THIS CAUSE** comes before the Court on Plaintiff's *pro se* Motion Seeking Extension of Time (the "Motion"). [ECF No. 21]. In the Motion, Plaintiff asks the Court to grant him an extension of time to respond to Defendants' Motion to Dismiss, which he filed on March 5, 2026.[1] *See id.* at 2. He also asks the Court to order that he "be afforded adequate access to the prison law library." *Id.* As support for that relief, Plaintiff asserts that Defendants failed to serve him with a copy of their Motion to Dismiss and that, without either the Motion to Dismiss or "an order granting extension of time," he "cannot access the prison law library for lack of showing a legitimate deadline." *Id.*

      The Court finds good cause to allow Plaintiff additional time to respond to Defendant's Motion to Dismiss. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

      1.  Plaintiff's Motion Seeking Extension of Time, [ECF No. 21], is **GRANTED.**

---

[1] Plaintiff's original deadline to respond was March 23, 2026. *See* [ECF No. 20]; S.D. Fla. L.R. 7.1(c)(1) (requiring a response to motions within 14 days); Fed. R. Civ. P. 6(d) (adding three extra days for filings served by mail). Although the Motion was not docketed until March 24, Plaintiff timely filed it on March 18. *See Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) ("Under the prison mailbox rule, a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." (quotation marks omitted); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) ("Absent evidence to the contrary, [courts] assume that a prisoner delivered a filing to prison authorities on the date that he signed it.").

- 2 -

2. Plaintiff **SHALL FILE** his response to Defendants' Motion to Dismiss on or before **April 23, 2026**.

3. Subject to the discretion of prison officials, Plaintiff must receive adequate access to the prison law library so that he may prepare his response by that deadline.

4. The Clerk is **DIRECTED** to mail Plaintiff a copy of this Order and the Motion to Dismiss, [ECF No. 20].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

**Willie Frank Davis**
865355
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL 33194
*PRO SE*